**Opinion issued May 9, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00020-CV

————————————

**LINDA DEARY, Appellant**

**V.**

**KATY LTC HOLDINGS GROUP, LTD D/B/A THE GRACE CARE CENTER OF KATY, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-28058**

---

### MEMORANDUM OPINION

Appellant, Linda Deary, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.